# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| OMKAR HOTELS, INC., | : | Case No. 3:21-bk-01418 |
| | : | |
| Debtor. | : | |
| | : | |

## DEBTOR'S MOST RECENT BALANCE SHEET

COMES NOW the Debtor in the above-captioned Subchapter V Chapter 11 case and, pursuant to 11 U.S.C. § 1116(1)(A), files its most recent balance sheet on **Exhibit A**.

Respectfully submitted this 7th day of June, 2021.

                                                           **STONE & BAXTER, LLP**
                                                           By:

                                                           /s/ *G. Daniel Taylor*
                                                           G. Daniel Taylor
                                                           Georgia Bar No. 528521

577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (fax)                                      Proposed Counsel for Debtor
dtaylor@stonenandbaxter.com

G:\CLIENTS\Omkar Hotels Inc\Petition\Separate Uploads\Balance Sheet Pleading (for upload 06.07.21).doc

## CERTIFICATE OF SERVICE

I certify that, on June 7, 2021, I served the forgoing pleading on all parties who are participating in this case via CM/ECF.

This 7th day of June, 2021.

                                                           /s/ *G. Daniel Taylor*
                                                           G. Daniel Taylor
                                                           Georgia Bar No. 528521

**EXHIBIT A**

# Sleep Inn & Suites- Jacksonville
## Balance Sheet
### As of May 31, 2021

|  | May 31, 21 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Petty Cash | 1,200.00 |
| Suntrust Bank MM | 129,698.30 |
| SunTrust Business Advantage | 363,976.15 |
| **Total Checking/Savings** | 494,874.45 |
| **Other Current Assets** | |
| Loan to Shareholders | 241,261.44 |
| Payroll Asset- Emp Cash Advance | 3,720.35 |
| Reserve for Replacement | 121,000.00 |
| **Total Other Current Assets** | 365,981.79 |
| **Total Current Assets** | 860,856.24 |
| **Fixed Assets** | |
| Accumulated Depreciation | -1,650,782.96 |
| Building | 2,925,723.51 |
| Furniture, Fixtures & Equipment | 544,279.60 |
| Land | 351,000.00 |
| Land Improvements | 467,551.89 |
| **Total Fixed Assets** | 2,637,772.04 |
| **Other Assets** | |
| Accumulated Amortization | -17,500.03 |
| Employee Loan | 6,300.00 |
| Franchise | 25,000.00 |
| **Total Other Assets** | 13,799.97 |
| **TOTAL ASSETS** | **3,512,428.25** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 47,472.31 |
| **Total Accounts Payable** | 47,472.31 |
| **Other Current Liabilities** | |
| Account Payable | 30,286.84 |
| Direct Deposit Liabilities | 3,098.09 |
| EDIL Loan | 159,900.00 |
| Payroll Liabilities | 498.35 |
| PPP Loan | 61,400.00 |
| **Total Other Current Liabilities** | 255,183.28 |
| **Total Current Liabilities** | 302,655.59 |
| **Long Term Liabilities** | |
| Community South Lending | 1,696,270.59 |
| Essential Capital- SBA 2nd MTG | 1,585,653.96 |
| Reserves for Replacement | 121,000.00 |
| **Total Long Term Liabilities** | 3,402,924.55 |

# Sleep Inn & Suites- Jacksonville
## Balance Sheet
**As of May 31, 2021**

|  | May 31, 21 |
|---|---:|
| **Total Liabilities** | 3,705,580.14 |
| **Equity** |  |
|   Capital Stock | 1,000.00 |
|   Distributions | -74,408.69 |
|   Paid in Capital | 651,832.43 |
|   Retained Earnings | -880,175.36 |
|   Net Income | 108,599.73 |
| **Total Equity** | -193,151.89 |
| **TOTAL LIABILITIES & EQUITY** | **3,512,428.25** |