**EXHIBIT B-1**
**Revised Material Plan Budget Assumptions for**
**Omkar Hotels, Inc.**
**Bankr. M.D. FL. 3:21-bk-01418-RCT**

The following is a list of assumptions for Omkar's Revised Budget. Omkar reserves the right to amend the Budget as of the date scheduled for the Confirmation Hearing.

**Assumptions Regarding Receipts**

1. **Opening Cash:** Based on the estimated starting balance in January 2022. Assumes that Omkar will pay certain allowed Chapter 11 administrative expenses prior to March 31, 2022. Additionally, the Budget assumes that Omkar will continue making adequate protection payments to Cadle in the amount of $5,000 per month through and including February, 2022. Finally, the Budget assumes that the Debtor will setup a $400,000 Property Improvement Plan ("PIP") escrow on or before the Effective Date, with the remaining $350,000 of the PIP funded as shown on the Budget.

2. **Revenue – Hotel Revenue:** Omkar has projected its hotel revenues on a monthly basis beginning on October 1, 2021. As with many hotel operators, Omkar's business is uniquely susceptible to "spikes" in COVID-19 infection rates since those spikes impact both business and leisure travel, which is the primary source of revenue for Omkar. However, Omkar has attempted to provide a reasonable estimate of hotel revenues by comparing its historical average monthly revenue for a given month against revenues during that month in 2021. The Budget assumes that revenues will increase by 3% in Year 2, 3, 4, and 5.

3. **Revenue – Other:** The Budget assumes that the Debtor will earn a limited amount of revenue from things like vending machines, cleaning fees, and other miscellaneous fees.

**Assumptions Regarding Operating Expenses**

4. **Various Operating Expenses:** The Budget reflects various categories of Omkar's operating expenses, with the amounts based more or less on the last 12 months or so of expenses but with adjustments for increases or decreases in expenses based on various circumstances (including, without limitation, increases in Florida's minimum wage, expected COVID recovery, etc.). Additionally, certain of the expense items, such as sales tax, franchise fees, and commissions (paid to third-party booking sites such as booking.com) will fluctuate based on the amount of revenue in a given month.

5. **PIP/Tax Reserve:** This category establishes a reserve for Post-Petition and Post-Confirmation taxes that may become due. Additionally, it establishes a reserve for the amounts that Omkar will need to fund its required Property Improvement Plan ("PIP"). The PIP is a

requirement for maintaining the Choice Hotels "flag" and Omkar estimates the total cost of the PIP to be at least $750,000.00. To minimize the negative impact of the PIP on Disposable Income, Omkar is proposing to fund the first $400,000 of the PIP out of existing reserves and the balance as shown on the Budget. Thus, the Debtor is, for the benefit of creditors, funding $400,000 of the PIP out of existing reserves rather than Post-Confirmation revenues.

**Assumptions Regarding Plan Payments**

6.   **Admin – Legal and Accounting –** The Budget assumes that legal and accounting will be funded by Omkar, and will be paid in full prior to March 31, 2022. This category includes paying Debtor's counsel for fees incurred but unpaid to date and fees incurred after the filing of the Plan. It also includes payment of Debtor's other retained professionals, such as appraisers and interest rate experts. Finally, it also includes paying the Subchapter V trustee fees through confirmation. The Budget assumes $88,133.83 for fees/expenses to cover unpaid fees to date for Debtor's counsel (after applying the retainer and post-petition deposits). These fees are subject to allowance. The Budget also includes ongoing legal fees of $2,400 per year ($600 per quarter) to cover the fees for Debtor's counsel to prepare and file quarterly operating reports and to also cover the Subchapter V trustee fees to review such reports. This is part of the Debtor's settlement with the UST and Trustee.

7.   **Cure Costs:** The Plan assumes that the Debtor will assume its Franchise Agreement with Choice and, in the process, immediately make a cure payment of $1,095 (or such other cure amount as is agreed on by the parties or determined by the Court).

8.   **Priority Tax Claims:** The Priority Tax Claims, which are detailed on **Schedule 2**, will receive payments over 48 months (which means the allowed claims will be satisfied in full on or before the 5th anniversary of the Petition Date) with interest at the Plan Rate or such other interest rate as the Court deems appropriate. These fees are subject to allowance.

9.   **Classified Claims Other Than Classes 6 and 7**: The Classified Claims are also itemized in detail on the Plan's Claim Treatment Chart. The payment amounts are based on the Debtor's payment proposal for each class of claims (but only to the extent that the Court allows such claims). These fees are subject to allowance.

10.  **Class 6**: The Budget assumes payment in full of Allowed Unsecured Claims of $1,500 or less as proposed in the Plan (including those in Class 7 who choose to participate in Class 6 by reducing their alleged claims to $1,500). The Debtor is assuming that the payments to administrative convenience claims will total $2,040—see Schedule 2 of the Plan.

11.  **Class 7:** The Budget shows Omkar's Projected Disposable Income for each year of the Budget, with the first year running from March 1, 2022 to December 31, 2022. The Debtor

will pay, Pro Rata, creditors with Allowed Claims in Class 7 (excluded unsecured claims of Cadle and the SBA) the Debtor's Projected Disposable Income, as shown on the Budget, for 2022, 2023, 2024, and 2025. Notably, the Debtor's projected Disposable Income is calculated by taking Omkar's post-Effective Date operating revenue minus operating expenses minus Plan Payments for a given year. Because the Debtor is projecting negative (i.e., $0.00) Disposable Income in one or more years, the Debtor is proposing to pay 4 years, rather than 3 years of projected Disposable Income. In favor of creditors, though, the Budget shows the Debtor paying the total Projected Disposable Income in four equal payments so that creditors receive payments earlier and on a more steady basis. The Debtor reserves the right to amend the Budget prior to the Confirmation Hearing. They also reserve the right to pay the Total Class 7 Distribution in full at any time as more particularly provided in the Plan. The Budget projects Disposable Income will be sufficient to pay unsecured Class 7 Claims in full, with such claims estimated to total $19,881.00.

12. **Revenue Adjustments/Inflation:** There is a revenue adjustment of 3.0% each year, which is based on the expected stabilization of the travel economy and an improvement in the COVID-19 situation. Additionally, Omkar expects that, as PIP improvements continue, the hotel will receive increased room occupancy. Lastly, there is a slight adjustment of 2.5% per year for inflation on expenses.

G:\CLIENTS\Omkar Hotels Inc\Plan\Modification\Exhibit B-1 - Revised Budget Assumptions (2.14.22).docx

**Exhibit B**
**Budget for Omkar Hotels, Inc.**

| Income | Input | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | June 2022 | July 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | | $201,345 | $206,701 | $213,424 | $198,227 | $199,654 | $102,838 | $103,063 | $106,771 | $110,976 | $114,625 | $109,931 | $104,492 | $98,107 | $93,068 | $213,424 |
| Hotel Revenue | | | | | | | | | | | | | | | | |
| Room Revenue | | $100,800 | $102,900 | $100,800 | $110,000 | $115,500 | $115,500 | $119,840 | $121,000 | $121,000 | $107,800 | $106,700 | $105,600 | $106,700 | $101,850 | $1,332,290 |
| Other Income | | $1,700 | $1,750 | $1,700 | $1,700 | $1,700 | $1,650 | $1,750 | $1,700 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $20,700 |
| Total Hotel Revenue | | $102,500 | $104,650 | $102,500 | $111,700 | $117,200 | $117,150 | $121,590 | $122,700 | $122,750 | $109,550 | $108,450 | $107,350 | $108,450 | $103,600 | $1,352,990 |
| Total Cash Available for Operations | | $303,845 | $311,351 | $315,924 | $309,927 | $316,854 | $219,988 | $224,653 | $229,471 | $233,726 | $224,175 | $218,381 | $211,842 | $206,557 | $196,668 | $1,566,414 |
| Operating Expenses | Oct | | | | | | | | | | | | | | | |
| Accounting Fee | | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Advertising | | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $15,000 |
| Bank Charges | | $25 | $25 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $600 |
| Breakfast Supplies | | $1,100 | $1,100 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $2,200 | $26,400 |
| Cable/Phone/Internet | | $975 | $975 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $1,050 | $12,600 |
| Credit Card Processing Fees | | $2,563 | $2,616 | $2,563 | $2,793 | $2,930 | $2,929 | $3,040 | $3,068 | $3,069 | $2,739 | $2,711 | $2,684 | $2,590 | $2,590 | $33,825 |
| Fire Alarm Monitoring | | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Franchise Fees | | $10,080 | $10,290 | $10,080 | $11,000 | $11,550 | $11,550 | $11,984 | $12,100 | $12,100 | $10,780 | $10,670 | $10,560 | $10,670 | $10,185 | $133,229 |
| Guest HSIA Support | | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $125 | $1,500 |
| Insurance - Property/Workers Comp. | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $2,683 | $32,200 |
| Interest Expense | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Landscaping | | $300 | $300 | $300 | $300 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $4,600 |
| Laundry Expense | | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $6,000 |
| Licenses, Permits and Fees | | $200 | $200 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $1,200 |
| Maintenance - Regular | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $48,000 |
| Maintenance - Reserve | $10,000 | $0 | $0 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Management Fee | | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $42,000 |
| Office Supply | | $450 | $450 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $6,000 |
| Payroll Expenses | | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $26,500 | $318,000 |
| Property Tax Reserve (2022 and beyond) | | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $43,200 |
| Pest Control | | $170 | $170 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $2,100 |
| Room Supplies | | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $36,000 |
| Sales Tax | | $13,860 | $14,149 | $13,860 | $15,125 | $15,881 | $15,881 | $16,478 | $16,638 | $16,638 | $14,823 | $14,671 | $14,520 | $14,671 | $14,004 | $183,190 |
| Trash Pickup | | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $400 | $4,800 |
| Travel Agent/Web Commission | | $6,048 | $6,174 | $6,048 | $6,600 | $6,930 | $6,930 | $7,190 | $7,260 | $7,260 | $6,468 | $6,402 | $6,336 | $6,402 | $6,111 | $79,937 |
| Utilities | | | | | | | | | | | | | | | | $0 |
| Electric | | $2,300 | $2,400 | $2,500 | $2,500 | $2,500 | $2,500 | $2,700 | $2,900 | $2,900 | $2,900 | $2,900 | $2,500 | $2,500 | $2,500 | $31,800 |
| Irrigation | | $120 | $120 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $2,100 |
| Natural Gas | | $575 | $575 | $550 | $550 | $550 | $575 | $575 | $575 | $575 | $575 | $575 | $575 | $575 | $575 | $6,825 |
| Sewer | | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $900 | $10,800 |
| Water | | $470 | $475 | $425 | $425 | $450 | $475 | $430 | $470 | $475 | $475 | $475 | $475 | $475 | $475 | $5,525 |
| Vending CGS | | $250 | $250 | $225 | $225 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $250 | $2,950 |
| Total Expenses | | $86,144 | $86,927 | $97,459 | $100,426 | $102,350 | $102,398 | $103,955 | $104,568 | $104,575 | $100,318 | $99,963 | $99,208 | $99,563 | $97,999 | $1,212,781 |
| Cash Flow from Operations | | $16,356 | $17,723 | $5,041 | $11,274 | $14,850 | $14,752 | $17,635 | $18,132 | $18,175 | $9,232 | $8,487 | $8,142 | $8,887 | $5,601 | $140,209 |
| Chapter 11/Plan Payments | Oct | Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | June 2022 | July 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Year 1 |
| Admin Claims/Assumption | | | | | $6,000 | $95,700 | $600 | | | $600 | | | $600 | | | $103,500 |
| AP Payments | $5,000 | $5,000 | $5,000 | $5,000 | | | | | | | | | | | | $5,000 |

Exhibit B
Budget for Omkar Hotels, Inc.

| Chapter 11/Plan Payments | Oct Nov 2021 | Dec 2021 | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | June 2022 | July 2022 | Aug 2022 | Sep 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Year 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Priority and Class 4 (TLOA) | $1,814 | $0 | $3,550 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $1,814 | $23,509 |
| Class 1 - Non-Tax Priority | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 2 - Cadle | $10,079 | $0 | $0 | $0 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $10,079 | $100,791 |
| Class 3 - Aldridge | $116 | $0 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $116 | $1,394 |
| Class 5(a) - SBA (EIDL) | $731 | $0 | $4,386 | $731 | $731 | $731 | $731 | $731 | $731 | $731 | $731 | $731 | $731 | $731 | $12,427 |
| Class 5(b) - SBA (504) | $1,186 | | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $1,186 | $14,229 |
| Class 6 - Admin. Convenience | $0 | | $0 | $0 | $2,040 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,040 |
| Class 7 - Unsecured | $0 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,970 | $4,970 |
| Ending Cash | $206,701 | $213,424 | $198,227 | $199,654 | $102,838 | $103,063 | $106,771 | $110,976 | $114,625 | $109,931 | $104,492 | $98,107 | $93,068 | $79,772 | $85,772 |
| Disposable Income for Year | | | | | | | | | | | | | | ($128,681) | ($122,681) |
| Property Tax and PIP Reserve | | | | | | | | | | | | | | | |
| Beginning Balance | $400,000 | $400,000 | $400,000 | $370,267 | $340,533 | $310,800 | $281,067 | $251,333 | $221,600 | $191,867 | $162,133 | $132,400 | $102,667 | $72,933 | $400,000 |
| Deposit (PIP) | $0 | $0 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| Deposit (Property Taxes) | | | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $3,600 | $43,200 |
| Payment | $0 | $0 | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($43,333) | ($86,533) | ($563,200) |
| Ending Balance | $400,000 | $400,000 | $370,267 | $340,533 | $310,800 | $281,067 | $251,333 | $221,600 | $191,867 | $162,133 | $132,400 | $102,667 | $72,933 | $0 | $0 |

**Exhibit B**
**Budget for Omkar Hotels, Inc.**

| Income | Input Oct | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Beginning Cash | | $213,424 | $85,772 | $63,219 | $52,638 | $70,015 |
| Hotel Revenue | | | | | | |
| Room Revenue | | $1,332,290 | $1,372,259 | $1,413,426 | $1,455,829 | $1,499,504 |
| Other Income | | $20,700 | $21,735 | $22,822 | $23,963 | $25,161 |
| Total Hotel Revenue | | $1,352,990 | $1,393,994 | $1,436,248 | $1,479,792 | $1,524,665 |
| **Total Cash Available for Operations** | | **$1,566,414** | **$1,479,766** | **$1,499,468** | **$1,532,430** | **$1,594,680** |
| Operating Expenses | | | | | | |
| Accounting Fee | | $1,200 | $1,230 | $1,261 | $1,292 | $1,325 |
| Advertising | | $15,000 | $15,375 | $15,759 | $16,153 | $16,557 |
| Bank Charges | | $600 | $615 | $630 | $646 | $662 |
| Breakfast Supplies | | $26,400 | $27,060 | $27,737 | $28,430 | $29,141 |
| Cable/Phone/Internet | | $12,600 | $12,915 | $13,238 | $13,569 | $13,908 |
| Credit Card Processing Fees | | $33,825 | $34,850 | $35,906 | $36,995 | $38,117 |
| Fire Alarm Monitoring | | $1,200 | $1,230 | $1,261 | $1,292 | $1,325 |
| Franchise Fees | | $133,229 | $137,226 | $141,343 | $145,583 | $149,950 |
| Guest HSIA Support | | $1,500 | $1,538 | $1,576 | $1,615 | $1,656 |
| Insurance - Property/Workers Comp. | $2,683 | $32,200 | $33,005 | $33,830 | $34,676 | $35,543 |
| Interest Expense | | $0 | $0 | $0 | $0 | $0 |
| Landscaping | | $4,600 | $4,715 | $4,833 | $4,954 | $5,078 |
| Laundry Expense | | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 |
| Licenses, Permits and Fees | | $1,200 | $1,230 | $1,261 | $1,292 | $1,325 |
| Maintenance - Regular | $4,000 | $48,000 | $49,200 | $50,430 | $51,691 | $52,983 |
| Maintenance - Reserve | $10,000 | $120,000 | $120,000 | $120,000 | $100,000 | $100,000 |
| Management Fee | | $42,000 | $43,050 | $44,126 | $45,229 | $46,360 |
| Office Supply | | $6,000 | $6,150 | $6,304 | $6,461 | $6,623 |
| Payroll Expenses | | $318,000 | $325,950 | $334,099 | $342,451 | $351,012 |
| Property Tax Reserve (2022 and beyond) | | $43,200 | $44,280 | $45,387 | $46,522 | $47,685 |
| Pest Control | | $2,100 | $2,153 | $2,206 | $2,261 | $2,318 |
| Room Supplies | | $36,000 | $36,900 | $37,823 | $38,768 | $39,737 |
| Sales Tax | | $183,190 | $188,686 | $194,346 | $200,177 | $206,182 |
| Trash Pickup | | $4,800 | $4,920 | $5,043 | $5,169 | $5,298 |

**Exhibit B**
**Budget for Omkar Hotels, Inc.**

| Income | Input | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Travel Agent/Web Commission | | $79,937 | $82,336 | $84,806 | $87,350 | $89,970 |
| Utilities | | | | | | |
| Electric | | $31,800 | $32,595 | $33,410 | $34,245 | $35,101 |
| Irrigation | | $0 | $0 | $0 | $0 | $0 |
| Natural Gas | | $2,100 | $2,153 | $2,206 | $2,261 | $2,318 |
| Sewer | | $6,825 | $6,996 | $7,171 | $7,350 | $7,534 |
| Water | | $10,800 | $11,070 | $11,347 | $11,630 | $11,921 |
| Vending CGS | | $5,525 | $5,663 | $5,805 | $5,950 | $6,099 |
| Total Expenses | | $2,950 | $3,024 | $3,099 | $3,177 | $3,256 |
| Cash Flow from Operations | | $1,212,781 | $1,242,262 | $1,272,545 | $1,283,652 | $1,315,606 |
| Chapter 11/Plan Payments | | $140,209 | $151,732 | $163,704 | $196,140 | $209,060 |
| Admin Claims/Assumption | Oct | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| AP Payments | $5,000 | $103,500 | $2,400 | $2,400 | $2,400 | $2,400 |
| Priority and Class 4 (TLOA) | $1,814 | $5,000 | $0 | $0 | $0 | $0 |
| Class 1 - Non-Tax Priority | 0 | $23,509 | $21,773 | $21,773 | $21,773 | $10,155 |
| Class 2 - Cadle | $10,079 | $0 | $0 | $0 | $0 | $0 |
| Class 3 - Aldridge | $116 | $100,791 | $120,949 | $120,949 | $125,428 | $126,324 |
| Class 5(a) - SBA (EIDL) | $731 | $1,394 | $1,394 | $1,394 | $1,394 | $1,394 |
| Class 5(b) - SBA (504) | $1,186 | $12,427 | $8,568 | $8,568 | $8,568 | $8,568 |
| Class 6 - Admin. Convenience | | $14,229 | $14,229 | $14,229 | $14,229 | $14,229 |
| Class 7 - Unsecured | | $2,040 | $0 | $0 | $0 | $0 |
| Ending Cash | | $4,970 | $4,970 | $4,970 | $4,970 | $0 |
| Disposable Income for Year | | $85,772 | $63,219 | $52,638 | $70,015 | $116,005 |
| Property Tax and PIP Reserve | | ($122,681) | ($17,582) | ($5,611) | $22,347 | $45,989 |
| Beginning Balance | | $400,000 | $0 | $0 | $0 | $100,000 |
| Deposit (PIP) | | $120,000 | $120,000 | $120,000 | $100,000 | $100,000 |
| Deposit (Property Taxes) | | $43,200 | $44,280 | $45,387 | $46,522 | $47,685 |
| Payment | | ($563,200) | ($164,280) | ($165,387) | ($46,522) | ($47,685) |
| Ending Balance | | $0 | $0 | $0 | $100,000 | $200,000 |