# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| **OMKAR HOTELS, INC.,** | : Case No. 3:21-bk-01418-RCT |
| | : |
| Debtor. | : |
| | : |

---

## NOTICE OF REPORT OF DISBURSEMENTS, NOTICE OF COMPLETION OF CERTAIN PAYMENTS UNDER THE PLAN, AND REQUEST FOR DISCHARGE

Omkar Hotels, Inc. ("Debtor") has filed its Report of Disbursements, Notice of Completion of Certain Payments Under the Plan, and Request for Discharge (the "Report"), a copy of such Report has been mailed to all parties on the attached matrix. A copy of the Report is also available on the case docket or by request to Debtor's Attorney at (478) 750-9898 or dtaylor@stoneandbaxter.com.

If you object to the Report, you must file an objection with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202 within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Report and approve or disapprove the Report without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Report, and the Court will consider the Report without further notice or hearing.

---

Dated November 25, 2024.

STONE & BAXTER, LLP
By:
*/s/ G. Daniel Taylor.*
G. Daniel Taylor
Florida Bar No. 115174

577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dtaylor@stoneandbaxter.com

Counsel to the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Report of Disbursements, Notice of Completion of Certain Payments Under the Plan, and Request for Discharge was mailed by United States First Class Mail on November 25, 2024, to all Parties-In-Interest as shown on the matrix attached.

Respectfully submitted this 25th day of November, 2024.

STONE & BAXTER, LLP

| | |
|---|---|
| 577 Mulberry Street, Suite 800 | BY: |
| Macon, Georgia 31201 | */s/ G. Daniel Taylor* |
| (478) 750-9898; (478) 750-9899 (fax) | G. Daniel Taylor |
| dtaylor@stoneandbaxter.com | Florida Bar. No. 115174 |

Counsel for Omkar Hotels, Inc.

```
Label Matrix for local noticing          Acentria                                 Aldridge & Sons Plumbing
113A-3                                   946 Internation Parkway                  Conractors, Inc.
Case 3:21-bk-01418-RCT                   Lake Mary, FL 32746-5219                 P.O. Box 600921
Middle District of Florida                                                        Jacksonville, FL 32260-0921
Jacksonville
Mon Nov 25 10:22:44 EST 2024

Aldridge & Sons Plumbing Contractors, Inc.   Allbridge                            Aqualis
c/o Preston H. Oughton, Esq.             6880 Perry Creek Road                    1406 Harper Street
10365 Hood Road South                    Raleigh, NC 27616-8069                   Jacksonville, FL 32204-2116
Suite 105
Jacksonville, FL 32257-3260

Bill D. Bensinger                        Bill D. Bensinger                        Bill D. Bensinger
Christian & Small, LLP                   Christian & Small, LLP                   Christian & Small, LLP
1800 Financial Center                    505 North 20th Street, #1800             505 North. 20th Street
505 North 20th Street                    Birmingham, AL 35203-4633                Suite 1800
Birmingham, AL 35203-4633                                                         Birmingham, AL 35203-4633

Scott E Bomkamp                          Booking.com                              Brandi N. Roberts
DOJ-Ust                                  5295 Paysphere Circle                    8025 Hammond Blvd.
United States Trustee                    Chicago, IL 60674-0001                   Jacksonville, FL 32220-3341
400 W. Washington St.
Ste 1100
Orlando, FL 32801-2440

David L Bury Jr.                         Ronnie S Carter                          Choice Hotels International
Stone & Baxter, LLP                      United States Attorney                   P.O. Box 99992
577 Mulberry Street, Suite 800           300 North Hogan St Suite 700             Chicago, IL 60696-7792
Macon, GA 31201-8239                     Jacksonville, FL 32202-4204

Choice Hotels International, Inc.        Colliers International Valuation & Advisory   Comcast Business
Bill D. Bensinger                        Attn: Patrick R. Phipps, MAI             141 NW 16th Street
Christian & Small LLP                    76 South Laura Street, Ste. 1500         Pompano Beach, FL 33060-5291
505 North 20th Street, Suite 1800        Jacksonville, FL 32202-5401
Birmingham, AL 35203-4633

Commercial Utilities                     (p)COMMTRAK                              Connie C. Bell
865 Lane Ave South                       17493 NASSAU COMMONS BLVD                3152 Dignan St.
Jacksonville, FL 32205-4704              LEWES DE 19958-6283                      Jacksonville, FL 32254-3945

Culligan                                 Custom Painting of Jax                   Dipakkumar P. Patel
P.O. Box 1618                            2170 E The Woods Drive                   3963 Royal Pines Dr.
Kingsland, GA 31548-1618                 Jacksonville, FL 32246-4167              Orange Park, FL 32065-2550

Duval County Tax Collector               Duval County Tax Collector               Duval County Tax Collector
Office of General Counsel                231 Forsyth St.  #130                    c/o Jim Overton
c/o Wendy Mummaw                         Jacksonville FL 32202-3380               231 E. Forsyth Street
117 West Duval Street                                                             Jacksonville, FL 32202-3361
Suite 480
Jacksonville, FL 32202-3734

Duval County Tax Collector               Expedia                                  Florida Dept of Revenue
c/o Wendy Mummaw, Asst Gen. Counsel      333 108th Ave. N.E.                      P.O. Box 6668
Office of General Counsel                Bellevue, WA 98004-5736                  Tallahassee, FL 32314-6668
117 W. Duval St., Suite 480
Jacksonville, FL 32202-3734
```

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
c/o Taypayer Services
Mail Stop 3-2000
5050 W Tennessee St
Tallahassee, FL 32399-0112

Gomatiben T. Patel
4443 Carriage Oak Lane
Orange Park, FL 32065-2661

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Opera
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J. Richard Young, Esq.
2501 Macbeth Avenue
Orlando, FL 32814

Jacksonville Energy Auth.
21 West Church Street
Jacksonville, FL 32202-3139

Jagdish Kumar Patel
3262 Hermitage Rd.
Jacksonville, FL 32277-2647

Jayesh T. Patel
3963 Royal Pines Drive
Orange Park, FL 32065-2550

Latonia V. Williams
9359 103rd Street Lot #127
Jacksonville, FL 32210-8630

Jerrett M McConnell
McConnell Law Group, P.A.
 6100 Greenland Road, Unit 603
Jacksonville, FL 32258-7436

Meenakshi J. Patel
3262 Hermitage Rd.
Jacksonville, FL 32277-2647

Michael Reiner
TLOA of Florida, LLC
C/O TLOA Servicing, LLC
11 Talcott Notch Road, 2nd Floor
Farmington, CT 06032-1817

Nader's Pest Raiders
NE FL Commercial Office
P.O. Box 2045
Ponte Vedra Beach, FL 32004-2045

Nilaben D. Patel
3963 Royal Pines Dr.
Orange Park, FL 32065-2550

Omkar Hotels, Inc.
P.O. Box 6367
Jacksonville, FL 32236-6367

Otis Elevator Company
5500 Village Blvd.
Suite 102
West Palm Beach, FL 33407-1961

Palak J. Patel
3963 Royal Pines Dr.
Orange Park, FL 32065-2550

Kelly Papa
Office of General Counsel
117 W. Duval Street
Suite 480
Jacksonville, FL 32202-3734

Purificacion C. Bjerke
8463 Weather Vane Ct.
Jacksonville, FL 32244-6409

Republic Services
8619 Western Way
Jacksonville, FL 32256-0360

Ronnie S. Carter
300 North Hogan St., 7th FL.
Assistant U.S. Attorney
Middle District of Florida
Jacksonville, FL 32202-4204

Ronnie S. Carter
Assistant U.S. Attorney
Middle District of Florida
300 North Hogan St., 7th Fl.
Jacksonville, FL 32202-4204

Russell E. Mirabal
1233 Denaud St.
Jacksonville, FL 32205-7014

Samantha T. Lloyd
822 Garfield St.
Jacksonville, FL 32209-7463

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

SecureOne Protection
Services, Inc.
P.O. Box 51528
Jacksonville Beach, FL 32240-1528

Jason E Slatkin
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

Small Business Administration
300 N. Hogan St., Ste. 700
Jacksonville, FL 32202-4204

| | | |
|---|---|---|
| Sneha C. Patel<br>4443 Carriage Oak Lane<br>Orange Park, FL 32065-2661 | Sysco Foods<br>1501 Lewis Industrial Drive<br>Jacksonville, FL 32254-1697 | TLOA of Florida, LLC<br>TLOA Servicing, LLC<br>11 Talcott North Road<br>Second Floor<br>Farmington, CT 06032-1817 |
| TLOA of Florida, LLC<br>C/O TLOA Servicing, LLC<br>11 Talcott Notch Rd, 2nd Floor<br>Farmington, CT 06032-1817 | Gregory D Taylor<br>Stone & Baxter<br>577 Third Street<br>Macon, GA 31201-8256 | Teco Peoples Gas<br>P.O. Box 31318<br>Tampa, FL 33631-3318 |
| The Cadle Company II, Inc.<br>100 North Center Street<br>Newton Falls, OH 44444-1380 | Theodosia Tucker<br>2362 Mcquade St.<br>Jacksonville, FL 32209-7434 | Tiger Natural Gas, Inc.<br>P.O. Box 702437<br>Tulsa, OK 74170-2437 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | U.S. Small Business Admin.<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 |
| U.S. Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7543 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Small Business Administration<br>7825 Baymeadows Way, Suite 100-B<br>Jacksonville, FL 32256-7549 |
| United States Trustee - JAX 11<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Virginia A. Wallace<br>1642 Brier Way E.<br>Jacksonville, FL 32221-1433 | Weeks Utility<br>PMB 104<br>12620-3 Beach Blvd.<br>Jacksonville, FL 32246-7130 |
| Wilcox Law Firm<br>c/o Robert D. Wilcox<br>1301 Riverplace Blvd., Suite 800<br>Jacksonville, FL 32207-9032 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Commtrak
17493 Nassau Commons
Lewes, DE 19958

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Jerrett M McConnell  
McConnell Law Group, P.A.  
6100 Greenland Road, Unit 603  
Jacksonville, FL 32258-7436

(d)Gregory D Taylor  
Stone & Baxter  
577 Third Street  
Macon, GA 31201-8256

(d)The Cadle Company II, Inc.  
100 North Center Street  
Newton Falls, OH 44444-1380

End of Label Matrix  
Mailable recipients    78  
Bypassed recipients     3  
Total                  81