### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:                                                    **CASE NO. 3:21-bk-01418-BAJ**
                                                          **CHAPTER 11**
**OMKAR HOTELS, INC.,**

      **Debtor.**

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Jerrett McConnell, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A plan was confirmed on March 1, 2022. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. § 330(a), on December 18, 2024, the Court ordered compensation of $1,347.50 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

       December 20, 2024.                    *Jerrett M. McConnell*
Date: _____          By: _____
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR E**